

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00135-CR

KENNETH DEWAYNE NELSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 17F-1102-005

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Kenneth Dewayne Nelson appeals his conviction for continuous trafficking of persons. Our resolutions of Nelson's points of error are addressed in our companion opinions in cause numbers 06-18-00132-CR and 06-18-00133-CR, bearing the same style. We direct the reader to those opinions for our resolution of Nelson's appellate complaints. We modify the judgment in this case to provide that this sentence will run concurrently, not cumulatively, with the sentences in the four companion cases,[1] and we strike imposition of court costs in this case, for the reasons stated in cause number 06-18-00133-CR. In all other regards, we affirm the trial court's judgment.

Josh R. Morriss, III
Justice

Date Submitted:     May 8, 2019
Date Decided:       June 17, 2019

Do Not Publish

---

[1]The companion cases are also styled *Nelson v. State* and bear our case numbers 06-18-00132-CR, 06-18-00133-CR, 06-18-00134-CR, and 06-18-00136-CR.